Circuit denied. *William H. Parmelee* for petitioners. *Dean S. Edmonds* for respondent.

No. 516. ROSSELLI *v.* SANFORD, WARDEN. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Albert B. Koorie* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 522. SILVERMAN *v.* OSBORNE REGISTER Co. October 28, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Alvin L. Newmyer, David G. Bress* and *James P. Donovan* for petitioner. *Spencer Gordon* and *Gerhard A. Gesell* for respondent.

No. 492. FRAZIER ET AL. *v.* GODDARD ET AL. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Hugh A. Ledbetter* and *Guy H. Sigler* for petitioners.

No. 523. ESTATE OF PRATT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.